IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-1069-FDW-DCK

| CONNIE L. JACKSON, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| TRANS UNION LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) filed by Local Counsel Gwendolyn W. Lewis on December 23, 2024.

Applicant Samantha L. Southall seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) is **GRANTED**. Samantha L. Southall is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: December 23, 2024

David C. Keesler
United States Magistrate Judge